UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

IBRAHIM AL-NIGRISH,

    Defendant.

Case No. 05-cr-80439

Paul D. Borman
United States District Judge

R. Steven Whalen
United States Magistrate Judge

_____/

**ORDER**

On January 29, 2019, Magistrate Judge R. Steven Whalen issued a Report & Recommendation (ECF No. 54) in which he recommended that the Defendant's Motion to Return Personal Property (ECF No. 50) be CONDITIONALLY GRANTED. Magistrate Judge R. Steven Whalen recommends that the government may retain possession of Defendant's passport until the conclusion of immigration proceedings, at which time his passport must be returned to him.

In the Report and Recommendation, the parties were advised that any objections must be filed within fourteen days of service of a copy as provided for in 28 U.S.C. 636(b)(1) and E.D. Mich. LR 72.1(d)(2) and that failure to file specific

objections constitutes a waiver of any further right of appeal.

There having been no timely objections filed, the Court ACCEPTS IN PART the magistrate judge's Report and Recommendation. As the government has informed the Court that Defendant has already been deported and the government has followed its typical protocol for providing travel documents on removal, this issued has been resolved.

SO ORDERED.

                                        s/Paul D. Borman
                                        PAUL D. BORMAN
                                        UNITED STATES DISTRICT JUDGE

Dated: March 19, 2019